

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| STEVE HANEY, | \* | CIV 16-4113 |
| Plaintiff, | \* | |
| vs. | \* | ORDER |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is a Joint Motion for Entry of General Protective Order, Doc. 23. After consideration of the Joint Motion,

IT IS ORDERED that the Joint Motion for Entry of General Protective Order, Doc. 23, is approved with the exception that paragraph 17 of the General Protective Order will read as follows:

17. Confidential Discovery Material may be offered into evidence at trial or at any court hearing in open court provided that the Producing Party is notified on the day preceding any such intended use of Confidential Discovery material unless otherwise ordered by this Court. The Producing Party may apply for an order that evidence be received in camera or under other less public circumstances to prevent unnecessary disclosure.

Dated this 7th day of April, 2017.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: Summer Wahman
    DEPUTY