UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| STEVE HANEY,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | CIV. 16-4113<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff Steve Haney and Defendant American Family Mutual Insurance Company hereby notify the Court that they have reached a settlement in this matter. The parties are in the process of preparing a Settlement Agreement and a Joint Stipulation of Dismissal of All Claims With Prejudice. The parties expect that a Settlement Agreement will be executed shortly and that a Joint Stipulation of All Claims With Prejudice Dismissal will then be filed with the Court. The parties respectfully request thirty (30) days to complete this process.

Dated: December 28, 2017

| | |
|---|---|
| **MEYERS BILLION, LLP** | **FULLER & WILLIAMSON, LLP** |
| | |
| /s/ Steven J. Morgans | /s/ Derek A. Nelsen |
| Steven J. Morgans | Derek A. Nelsen |
| Shriver Square | Eric T. Preheim |
| 230 S. Phillips Avenue, Suite 300 | 7521 South Louise Avenue |
| P.O. Box 1085 | Sioux Falls, SD 57108 |
| Sioux Falls, SD 57101-1085 | Telephone: (605) 333-0003 |
| Telephone: (605) 336-3700 | Fax: (605) 333-0007 |
| Fax: (605) 336-3786 | dnelsen@fullerandwilliamson.com |
| smorgans@meyersbillion.com | epreheim@fullerandwilliamson.com |
| | |
| -and- | **ATTORNEYS FOR PLAINTIFF STEVE HANEY** |
| | |
| FAEGRE BAKER DANIELS LLP | |
| Ross W. Johnson | |
| * *Admitted Pro Hac Vice* | |
| 801 Grand Avenue, 33rd Floor | |
| Des Moines, Iowa 50309 | |
| Telephone: (515) 248-9000 | |
| Fax: (515) 248-9010 | |
| ross.johnson@faegrebd.com | |
| | |
| **ATTORNEYS FOR DEFENDANT AMERICAN FAMILY MUTUAL INSURANCE COMPANY** | |

2